# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| AARON DALTON,<br><br>  *Plaintiff*,<br><br>v.<br><br>CEDAR MARKET PLACE, LLC,<br><br>  *Defendant*. | Case No. 0:18-cv-02464-MJD-KMM<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this case have filed a stipulation of dismissal.

Accordingly, based upon the foregoing and all the files and records herein, **IT IS ORDERED** that Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**, with each party bearing its own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE:  December 4, 2018      s/ Michael J. Davis
                    MICHAEL J. DAVIS
                    United States District Judge