## UNITED STATES DISTRICT COURT
### District of Minnesota

Aaron Dalton

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 18cv2464 MJD/KMM

Cedar Market Place, LLC

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE, with each party bearing its own costs and fees.

Date: 12/10/2018

KATE M. FOGARTY, CLERK

s/M. Giorgini

(By)   M. Giorgini, Deputy Clerk